374 A.2d 722

Mediagraphics, Inc., Appellant, v. Wolken, et al.

Argued April 14, 1977. Michael J. Seymour, with him Feczko and Seymour, for appellant; Marvin J. Apple, with him Apple and Bernstein, for appellee.

Order affirmed.

VAN der VOORT, J., absent.